# NO. 12-13-00229-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *VALTON P. BUNDY, MICHELLE BUNDY AND ALL OTHER OCCUPANTS OF 15497 WAGON WHEEL CIRCLE, CHANDLER, TEXAS,* <br> *APPELLANTS* | § | *APPEAL FROM THE* |
| *V.* | | |
| | § | *COUNTY COURT* |
| *THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWABS, INC. ASSET BACKED CERTIFICATES, SERIES 2004-13, APPELLEES* | § | *HENDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellants have filed a motion to dismiss this appeal. In their motion, Appellants state that the parties have reached an agreement to settle and compromise their differences. Therefore, Appellants no longer wish to pursue the appeal. Appellants have complied with Texas Rule of Appellate Procedure 42.1(a)(1). Accordingly, Appellants' motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered August 20, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 20, 2014**

**NO. 12-13-00229-CV**

**VALTON P. BUNDY, MICHELLE BUNDY AND ALL OTHER
OCCUPANTS OF 15497 WAGON WHEEL CIRCLE, CHANDLER, TEXAS,**
Appellants
V.
**THE BANK OF NEW YORK MELLON FKA THE
BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS
CWABS, INC. ASSET BACKED CERTIFICATES, SERIES 2004-13,**
Appellees

Appeal from the County Court

of Henderson County, Texas (Tr.Ct.No. 7175)

THIS CAUSE came on to be heard on the motion of the Appellants to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*